UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP et al., <br><br> Petitioners, <br><br> -against- <br><br> M & K CONSTRUCTION SERVICES CORP., <br><br> Respondent. | Case No. 1:25-cv-00138 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

    This case has been assigned to me for all purposes. On January 7, 2025, Petitioners filed a petition seeking confirmation of an arbitration award. Petitioners have not yet docketed an affidavit of service.

    Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

    ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition for confirmation by January 21, 2025. Respondent's opposition, if any, is due on February 11, 2025. Petitioners' reply, if any, is due on February 25, 2025.

    IT IS FURTHER ORDERED that Petitioners shall serve a copy of this Order on Respondent and file an affidavit of service of this Order.

    IT IS FURTHER ORDERED that the Petitioners shall file its affidavit of service of the Petition promptly.

Dated: January 8, 2025
       New York, New York

                                                  SO ORDERED.

                                                  JENNIFER L. ROCHON
                                                  United States District Judge