**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, TRUSTEES OF THE
NEW YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, and THE CARPENTER
CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK,

                 Petitioners,                      25 **CIVIL** 0138 (JLR)

          -against-                           <u>**JUDGMENT**</u>

M & K CONSTRUCTION SERVICES CORP,

                 Respondent.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated June 12, 2025, the Court GRANTS Petitioners' unopposed Petition to confirm the Award. Judgment is entered in favor of Petitioners and against Respondent as follows:

      (a) The arbitration award dated June 12, 2024, is confirmed;

      (b) Respondent is ordered to pay Petitioners a total of $4,386.89, plus interest at the annual rate of 10.25% from June 12, 2024, pursuant to the terms of the Award in the amount of $449.66.

      (c) Respondent is ordered to pay Petitioners post-judgment interest at the statutory rate pursuant to 28 U.S.C. § 1961(a); and

(d) Respondent is ordered to pay Petitioners $1,903.50 in attorneys' fees and $132.50 in costs.

**Dated**: New York, New York
      June 12, 2025

**TAMMI M. HELLWIG**

_____
**Clerk of Court**

BY:

_____
**Deputy Clerk**
